ZEF HASSANE *v.* GERALD LAWRENCE
(9650)

DALY, LAVERY and LANDAU, Js.

Argued December 9—decision released December 31, 1991

*Prescott W. May,* with whom, on the brief, was *Steven P. Kulas,* for the appellant-appellee (defendant).

*Stephen R. Bellis,* for the appellee-appellant (plaintiff).

PER CURIAM. The judgment is reversed and the case is remanded for further proceedings in accordance with Practice Book § 443.